## WHITING *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 20, September Term, 1965.]

*Decided October 11, 1966.*

728

Before HAMMOND, C. J., and HORNEY, MARBURY, OPPEN-
HEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

Applicant had previously been convicted in the Criminal Court
of Baltimore of robbery on November 1, 1963, and had been
sentenced to not more than 18 months in the Maryland Insti-
tution for Men. Subsequently, on January 18, 1965, he was
found to be a defective delinquent by Judge Cardin, sitting
without a jury, and committed to the Patuxent Institution pur-
suant to Code (1957, 1965 Cum. Supp.), Article 31B, Section
5. Application for leave to appeal and a memorandum in sup-
port thereof have been filed on his behalf by his court appointed
attorney. He sets forth the following contentions:

1. That the verdict was erroneous and against the weight of
   the evidence.
2. That there was no evidence legally sufficient to support
   a finding of defective delinquency.
3. That the evidence showed that applicant's criminal record
   was not too bad.
4. That the evidence showed that the applicant was ready to
   return to society.

All four of applicant's contentions go to the weight of the
evidence and not to the sufficiency thereof. We have consis-
tently held that questions as to the weight of the evidence are
not available on application for leave to appeal if, in a non-jury
case, the finding is not clearly erroneous. *Alt v. Director,* 240
Md. 262, 213 A. 2d 746; *Blakney v. Director,* 239 Md. 704,
211 A. 2d 734; *Colbert v. Director,* 234 Md. 639, 199 A. 2d
801. Since the report of the Patuxent Institution resulted in a
finding that the applicant was a defective delinquent the ap-
plicant's second and third points go to the weight of the evi-
dence and not to the sufficiency thereof. *Chavez v. Director,*
243 Md. 725, 223 A. 2d 160, *Mumford v. Director,* 243 Md.
723, 223 A. 2d 158.

With regard to applicant's fourth contention, we have held
that evidence of rehabilitation goes to the weight of the evi-
dence. *Silvestri v. Director,* 234 Md. 641, 199 A. 2d 784.

*Application denied.*